[No. 791-3.   Division Three.   April 11, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. VICKY DAYE
SCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Yak-
ima County, No. 17148, Ross R. Rakow, J., entered January

19, 1973. *Affirmed* by unpublished opinion per Green, C.J., concurred in by McInturff, J., and Barnett, J. Pro Tem.